**Order filed September 30, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00473-CV
_____

### S.R., Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-03359J**

---

### ORDER

This is a case for a suit regarding termination of a parent-child relationship and appointment of a managing conservator. The clerk's record does not contain a copy of the judgment. However, the reporter's record indicates the trial court orally rendered judgment on August 9, 2021. Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record within **5 days** of the date of this order, containing a copy of a signed judgment complying with Texas Rule of Civil Procedure 306. If the case file does not contain a signed judgment, the district

clerk is directed to file a supplemental clerk's record containing a certified statement that the case file does not contain a signed judgment. If this court does not receive a copy of the signed judgment, this appeal will be subject to dismissal for lack of appellate jurisdiction.


PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.